UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22491-CIV-UNGARO

JAMES F. SMITH,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

### ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon, Petitioner's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255. The matter was referred to Magistrate Judge Patrick A. White who issued a Report recommending that Petitioner's petition be denied on January 27, 2009. (D.E. 13.) Petitioner having filed no objections to the Magistrate Judge's Report and the Court having conducted a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of June, 2009.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
James F. Smith, *pro se*